The People of the State of New York ex rel. Harry Burke, Appellant, v. William McLoughlin, as Warden of the City Prison, City of New York, Borough of Brooklyn, Respondent.— Order affirmed. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Robert Howey, Respondent, v. The Warden of the City Prison, Defendant. The People of the State of New York, Appellant.— Order affirmed. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Realty Protective Company, Appellant, v. The Cord Meyer Company, Respondent, Impleaded with Cord Meyer. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ,, concurred; Woodward, J., dissented.

Realty Protective Company, Appellant, v. Cord Meyer, Respondent, Impleaded with The Cord Meyer Company. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

Oscar M. Reeve, an Infant, by John T. Reeve, His Guardian ad Litem, Appellant, v. Anna McKenna Reeve, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

Abraham Renkaff, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

John Rooney, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Harry Roselle, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Lilian D. Sealy, Respondent, v. Hugo Cohn, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.